

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
500 Indiana Avenue, N.W., Suite 5000
Washington, D.C. 20001 Telephone: (202) 879-1133

_MARY DE LA CRUZ MAGOLIAN_ _____
                                              Plaintiff

                    vs.

                                                          Case Number   **15 - 0 0 4 0 1 4**

_BRIAN D LOWERY_ _____
                                              Defendant

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

_MARY DE LA CRUZ MAGOLIAN PRO SE_ _____
Name of Plaintiff's Attorney

_4977 BATTERY LA #806_ _____
Address
_BETHESDA, MD 20514_ _____

_(301) 366-4538_ _____
Telephone

Clerk of the Court

By _____
                              Deputy Clerk

Date _____

如需翻译,请打电话 (202) 879-4828     Veuillez appeler au (202) 879-4828 pour une traduction     Dé có môt bai dich, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828 로 전화주십시요     [Amharic text] (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-682-2700) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

FORM SUMMONS - Jan. 2011                                                                 CASUM.doc



# TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA
## DIVISIÓN CIVIL
### 500 Indiana Avenue, N.W., Suite 5000
### Washington, D.C. 20001 Teléfono: (202) 879-1133

Demandante

contra

Número de Caso:

Demandado

## CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le requiere entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veinte (20) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le requiere presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que Usted le entregue al demandante una copia de la Contestación o en el plazo de cinco (5) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

### SECRETARIO DEL TRIBUNAL

Nombre del abogado del Demandante

Por:

Dirección

Subsecretario

Fecha

Teléfono

如需翻译，请打电话 (202) 879-4828     Veuillez appeler au (202) 879-4828 pour une traduction     Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828 로 전화주십시요     ያማርኛ ተርጓሚ ከፈለጉ (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO, O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍAN RETENERLE SUS INGRESOS, O PODRÍAN TOMAR SUS BIENES PERSONALES O RAÍCES Y VENDERLOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR La DEMANDA DENTRO DEL PLAZO EXIGIDO.*

Si desea conversar con un abogado y le parece que no puede afrontar el costo de uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-682-2700) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse de otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CASUM.doc

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

*Maria de la Cruz, McGowan*
*4977 Battery Ln #306*
*Bethesda, MD 20814*                    *Plaintiff*

15 - 0 0 4 0 1 4

vs.                                     CIVIL ACTION NO. _____

*Brigid B. Lowery*
*1200 Pennsylvania Ave / #301 Constitution Ave NW,*
*William Jefferson Clinton West Bldg*
*Office # 3412 A*
*Washington, DC 20460*     *Defendants*

**RECEIVED**
Civil Clerks Office

JUN 0 3 2015

Superior Court of the
District of Columbia

**COMPLAINT**

1. Jurisdiction of this court is founded on D.C. Code Annotated, 2001 edition, as amended, Sec. 11-921.
   *I fear for my safety since 2010, my supervisor Brigid D Lowery at U.S. EPA has been bullying me in all sorts of manners, including physical.*
   *- In June 2010, Ms Lowery threw her shoe to me and called me "stupid".*
   *- She yelled, stood up too close to me so I was getting her spit on my face, while pointing her finger at me in at least 20 occasions.*
   *- She threw at me an envelope with a "warning" letter to my face this morning.*
   *- Tried to engaged in a physical fight with me on November 21, 2014.*
   *- This morning I received an anonymous call at the office, telling me "die, die, die".*

   Wherefore, Plaintiff demands judgement against Defendant in the sum of $ *300,000*
   with interest and costs.

   *(301)366-4358*
   Phone: _____

DISTRICT OF COLUMBIA, SS

*Maria de la Cruz, McGowan* _____, being first duly sworn on oath deposes and says that the foregoing is a just and true statement of the amount owing by defendant to the plaintiff, exclusive of all set-off and just grounds of defense.

_____ (Plaintiff                    *MY COMM EX 5/20* Agent)

Subscribed and sworn to before me this ___3___ day of ___June___ 20 *15*.

_____ (Notary Public/Deputy Clerk)

FORM CV-101 Nov. 00

# Superior Court of the District of Columbia
## CIVIL DIVISION

MARIA DE LA CRUZ MAGUIRE
                                        Plaintiff

vs.

BRIGID D. LOWERY
                                        Defendant



No. 15 - 004014

## MOTION - (Pro-Se)

MOTION OF: MARIA DE LA CRUZ MAGUIRE for PI.

(State briefly what you want the Court to do) - PROHIBIT MS LOWERY TO HAVE ANY KIND
OF CONTACT WITH ME, WHETHER IT IS BY MAIL, E-MAIL, PHONE, PERSON
IN MY PLACE OF WORK, MY HOME, MY NEIGHBORHOOD OR ANY OTHER
PLACE AND ORDER MS LOWERY TO PAY ME $300,000 FOR OVER 5 YEARS OF ABUSE

| Printed name: MARIA DE LA CRUZ MAGUIRE | Signature: |
|---|---|
| Address: 4977 BATTERY LANE 306 BETHESDA MD 20814 | Home phone no. 301-365-9595 |
| | Business phone no. 202-566-2751 |

## CERTIFICATE OF SERVICE

On JUNE 3, 20 15, I mailed this motion to all the lawyers in the case,
the plaintiff(s) and the defendant(s) who do not have lawyers, as listed below:

| Name: BRIGID D. LOWERY | Name: |
|---|---|
| Address: 1301 CONSTITUTION AVE. NW "WILLIAM JEFFERSON CLINTON WEST BLDG ROOM # 3412 A | Address: |

Signature

## POINTS AND AUTHORITIES

(Write the reasons why the Court should grant your motion and include Court rules, laws and cases, if any, that support your reasons.)

_____

_____

_____

_____

_____

Signature

Form CV393 (Dec 00)

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
*TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA*
**OFFICE OF THE JUDGE-IN-CHAMBERS**
*OFICINA DEL JUEZ DE TURNO*

Maria de la Cruz Magowan
**Plaintiff /** *Demandante*

vs.

Case No. / *No. de caso* _____ 2015 CA 4014 _____

Brigid D. Lowery
**Defendant /** *Demandado*

## NOTICE OF HEARING / *AVISO DE AUDIENCIA*

You are hereby notified that Plaintiff has filed a/an / *Por el presente, se le notifica que el/la Demandante ha presentado un/a:*

☑ Application for a Temporary Restraining Order (T.R.O.) / *Solicitud para una Orden de Restricción Temporal (T.R.O. por sus siglas en ingles)*

☐ Motion for a Preliminary Injunction / *Petición para un Mandato Judicial Preliminar*

☐ Other / *Otro:* _____

The following Hearing has been scheduled for/has been continued to / *Se ha programado/ aplazado la siguiente audiencia para:*

_____ 06/16/15 _____ at / *a la(s)* _____ 10:30am _____ a.m. /p.m. a / *para*
(date / *fecha*)                    (time / *hora*)

☑ Hearing on the Application for Temporary Restraining Order / *una audiencia sobre la solicitud para una Orden de Restricción Temporal*

☐ Status Hearing on the Motion for Preliminary Injunction / *una audiencia sobre la petición para un Mandato Judicial Preliminar*

☐ Other / *Otro:* _____

will be heard by / *se ventilara ante:*

☑ Judge-in-Chambers / *el juez de turno*

☐ The calendar Judge / *el juez asignado*, Judge / *Juez* _____, calender / *calendario* _____

at the following location / *en el siguiente lugar:*

☑ Judge-in-Chambers Room 4220 (4th Floor)/ *Juez de turno, Oficina 4220 (4to Piso)* – 500 Indiana Ave. NW

☐ 500 Indiana Ave. NW, Courtroom / *Sala* _____

☐ Building / *Edificio* A: 515 5th St. NW, Courtroom / *Sala* _____

☐ Building / *Edificio* A: 510 4th St. NW, Courtroom / *Sala* _____

**If you wish to be heard, your presence is required / *Si desea hablar ante el juez, se requerira su presencia.***

REVISED FORM SO-2064/SEPT 2014 /TRANSLATED BY OCIS AUG 2012



**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

MARIA DE LA CRUZ MAGOWAN
Vs.                                                                C.A. No.        2015 CA 004014 B
BRIGID D. LOWERY

## INITIAL ORDER AND ADDENDUM

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("SCR Civ") 40-I, it is hereby **ORDERED** as follows:

(1) Effective this date, this case has assigned to the individual calendar designated below. All future filings in this case shall bear the calendar number and the judge's name beneath the case number in the caption. On filing any motion or paper related thereto, one copy (for the judge) must be delivered to the Clerk along with the original.

(2) Within 60 days of the filing of the complaint, plaintiff must file proof of serving on each defendant: copies of the Summons, the Complaint, and this Initial Order. As to any defendant for whom such proof of service has not been filed, the Complaint will be dismissed without prejudice for want of prosecution unless the time for serving the defendant has been extended as provided in SCR Civ 4(m).

(3) Within 20 days of service as described above, except as otherwise noted in SCR Civ 12, each defendant must respond to the Complaint by filing an Answer or other responsive pleading. As to the defendant who has failed to respond, a default and judgment will be entered unless the time to respond has been extended as provided in SCR Civ 55(a).

(4) At the time and place noted below, all counsel and unrepresented parties shall appear before the assigned judge at an Initial Scheduling and Settlement Conference to discuss the possibilities of settlement and to establish a schedule for the completion of all proceedings, including, normally, either mediation, case evaluation, or arbitration. Counsel shall discuss with their clients **prior** to the conference whether the clients are agreeable to binding or non-binding arbitration. **This order is the only notice that parties and counsel will receive concerning this Conference.**

(5) Upon advice that the date noted below is inconvenient for any party or counsel, the Quality Review Branch (202) 879-1750 may continue the Conference **once**, with the consent of all parties, to either of the two succeeding Fridays. Request must be made not less than six business days before the scheduling conference date. No other continuance of the conference will be granted except upon motion for good cause shown.

(6) Parties are responsible for obtaining and complying with all requirements of the General Order for Civil cases, each Judge's Supplement to the General Order and the General Mediation Order. Copies of these orders are available in the Courtroom and on the Court's website http://www.dccourts.gov/.

Chief Judge Lee F. Satterfield

Case Assigned to: Judge MICHAEL O'KEEFE
Date: June 3, 2015
Initial Conference: 9:30 am, Friday, September 04, 2015
Location: Courtroom A-47
            515 5th Street NW
            WASHINGTON, DC 20001

Caio.doc

## ADDENDUM TO INITIAL ORDER AFFECTING
## ALL MEDICAL MALPRACTICE CASES

In accordance with the Medical Malpractice Proceedings Act of 2006, D.C. Code § 16-2801, et seq. (2007 Winter Supp.), "[a]fter an action is filed in the court against a healthcare provider alleging medical malpractice, the court shall require the parties to enter into mediation, without discovery or, if all parties agree[,] with only limited discovery that will not interfere with the completion of mediation within 30 days of the Initial Scheduling and Settlement Conference ("ISSC"), prior to any further litigation in an effort to reach a settlement agreement. The early mediation schedule shall be included in the Scheduling Order following the ISSC. Unless all parties agree, the stay of discovery shall not be more than 30 days after the ISSC." D.C. Code § 16-2821.

To ensure compliance with this legislation, on or before the date of the ISSC, the Court will notify all attorneys and *pro se* parties of the date and time of the early mediation session and the name of the assigned mediator. Information about the early mediation date also is available over the internet at https://www:dccourts.gov/pa/. To facilitate this process, all counsel and *pro se* parties in every medical malpractice case are required to confer, jointly complete and sign an EARLY MEDIATION FORM, which must be filed no later than ten (10) calendar days prior to the ISSC. Two separate Early Mediation Forms are available. Both forms may be obtained at www.dccourts.gov/medmalmediation. One form is to be used for early mediation with a mediator from the multi-door medical malpractice mediator roster; the second form is to be used for early mediation with a private mediator. Both forms also are available in the Multi-Door Dispute Resolution Office, Suite 2900, 410 E Street, N.W. Plaintiff's counsel is responsible for eFiling the form and is required to e-mail a courtesy copy to earlymedmal@dcsc.gov. *Pro se* Plaintiffs who elect not to eFile may file by hand in the Multi-Door Dispute Resolution Office.

A roster of medical malpractice mediators available through the Court's Multi-Door Dispute Resolution Division, with biographical information about each mediator, can be found at www.dccourts.gov/medmalmediation/mediatorprofiles. All individuals on the roster are judges or lawyers with at least 10 years of significant experience in medical malpractice litigation. D.C. Code § 16-2823(a). If the parties cannot agree on a mediator, the Court will appoint one. D.C. Code § 16-2823(b).

The following persons are required by statute to attend personally the Early Mediation Conference: (1) all parties; (2) for parties that are not individuals, a representative with settlement authority; (3) in cases involving an insurance company, a representative of the company with settlement authority; and (4) attorneys representing each party with primary responsibility for the case. D.C. Code § 16-2824.

No later than ten (10) days after the early mediation session has terminated, Plaintiff must eFile with the Court a report prepared by the mediator, including a private mediator, regarding: (1) attendance; (2) whether a settlement was reached; or, (3) if a settlement was not reached, any agreements to narrow the scope of the dispute, limit discovery, facilitate future settlement, hold another mediation session, or otherwise reduce the cost and time of trial preparation. D.C. Code § 16-2826. Any Plaintiff who is *pro se* may elect to file the report by hand with the Civil Clerk's Office. The forms to be used for early mediation reports are available at www.dccourts.gov/medmalmediation.

Chief Judge Lee F. Satterfield

*Caio.doc*



*TORRI'S LEGAL SERVICES*
"Our job is to make your job as easy as possible."
Phone: 301-869-5081

**21978**

Priority: **RUSH**

Serve By: 06/09/2015
Date received: 6/9/2015  Job ID: 21978
Assigned to:  Lee Kerns
**SERVE TO: Brigid D. Lowery**

Address: 1225 Martha Custis Drive # 618, Alexandria, VA 22302
*Alt. Address:*

Service Instrns: PERSONAL SERVICE OR SUB-SERVICE ON SOMEONE OF SUITABLE AGE AND DISCRETION THAT
RESIDES WITH SUBJECT.

Court: Superior Court    Civil Division
Court Case #: 2015 CA 4014
Documents: Summons and Complaint; Notice of Hearing on Application for Temporary Restraining
Order; Initial Order and Addendum; Motion (Pro-se)
Client Ref:

**Field Sheet**

Maria de la Cruz
Magowan

**Client File Number**

Serve As  ☒ Personal   ☒ Substitute   ☐ Corporate   ☐ Post

SERVICE ATTEMPTS:
DATE/TIME                              WHAT OCCURRED
1.)_____
2.)_____
3.)_____

Type of service: (circle)   Individual    Substitute    Post    Non-service    Corporate    Government

Served:  Date:___/___/15  Time:___:___ AM / PM

Served To:_____Title/Relation:_____

Skin/Race_____ Sex: M / F  Age:_____ Height:_____ Weight:_____ Hair:____

Glasses: Y / N  Facial Hair: Y / N Other:_____

MILITARY STATUS: [ ] NOT IN MILITARY [ ] IN MILITARY   MARITAL STATUS: [ ] MARRIED [ ] OTHER

IF VACANT: [ ] BOARDED UP    [ ] SECURED/PADLOCKED [ ] ELECTRIC OFF
[ ] GRASS OVERGROWN    [ ] NO FURNITURE INSIDE   [ ] CONFIRMED WITH:_____

Notes/Signature: